SCPW-15-0000193

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LILY TAI NOMURA, Petitioner,

vs.

THE HONORABLE MICHAEL K. TANIGAWA, JUDGE OF THE DISTRICT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

ASSOCIATION OF APARTMENT OWNERS OF CENTURY CENTER, INC., DANNY
ROBERTS; MICHAEL SPENCER; SAMANTHA COOK; ALETTA FLEISCHINGER;
KAYLA FERNANDEZ; KAYCEE HABAN; ALIX LUNSFORD; HANS BRODO; LILY
LUM; CHRISTOPHER SCHULTE; LYLE NAM PAK; TOM SALT; LOGAN CROWLEY;
ERIN BARASKY; JOHN DOES 1-50; and JANE DOES 1-50, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 1RC14-1-7636)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Lily Tai Nomura's

"Motion for Reconsideration of the Order Denying Petition for

Writ of Mandamus," filed on April 8, 2015 ("Motion"), the

declaration attached thereto and submitted in support thereof,

and the record,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, April 20, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson